# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

Clifford W. Taylor,
Chief Justice

136281

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TYRICE MARIO BULLITT,
      Defendant-Appellant.

SC: 136281
COA: 276426
Wayne CC: 06-010970-01

_____/

On order of the Court, the application for leave to appeal the March 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case to the trial court for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

_____
Clerk

p0716